AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

County Board of Arlington County, Virginia
*Plaintiff*
v.
National Park Service, et al.
*Defendant*

Case No.

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff .

Date: 10/08/2026

/s/ Catherine M.A. Carroll
*Attorney's signature*

Catherine M.A. Carroll, 50939
*Printed name and bar number*

Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
*Address*

ccarroll@democracyforward.org
*E-mail address*

(202) 448-9090
*Telephone number*

(202) 921-4875
*FAX number*

Print Save As... Reset