AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

County Board of Arlington County, Virginia
*Plaintiff*
v.
National Park Service, et al.
*Defendant*

Case No. 1:26-cv-03372

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff .

Date: 10/08/2026

/s/
*Attorney's signature*

Ryan Samuel, 84400
*Printed name and bar number*

2100 Clarendon Blvd., #403
Arlington, Virginia 22201
*Address*

rsamuel@arlingtonva.us
*E-mail address*

(703) 228-3100
*Telephone number*

(703) 228-7106
*FAX number*