# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| COUNTY BOARD OF ARLINGTON COUNTY, VIRGINIA,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL PARK SERVICE, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-03372 (LMB-WEF) |

**DECLARATION OF DR. AARON MILLER IN SUPPORT OF PLAINTIFF'S MOTION FOR EMERGENCY RELIEF**

I, Dr. Aaron Miller, declare as follows:

1. I am over eighteen years of age and competent to make this declaration. The facts stated here are based on my personal knowledge, on my review of records maintained by Arlington County ("the County") in the ordinary course of its business, and on information provided to me by County personnel under my supervision in the course of my official duties. If called as a witness, I could and would testify competently to these facts.

**Background**

1. I hold both doctorate and master's degrees in public health from Tulane University, where I am also an Adjunct Assistant Professor teaching graduate coursework in crisis response and emergency management.

2. I have served as one of Arlington County's three Deputy County Managers since April 2022. In that role I provide leadership, coordination, and oversight for the County's public-safety, crisis-management, information-technology, and innovation functions, which together comprise approximately 1,032 full-time-equivalent employees and more than $192.5 million in

annual general-fund expenditures. I exercise day-to-day management and strategic oversight of the Arlington County Police Department, the Arlington County Fire Department, the Department of Public Safety Communications and Emergency Management (which operates the County's 911 center and Emergency Operations Center), and related technology services. I serve as the County's senior crisis-response official for critical incidents, and I manage, together with regional and federal partners, County strategy affecting national-level critical infrastructure in the National Capital Region.

3. From March 2018 to April 2022, I served as the County's Director of Public Safety Communications and Emergency Management. In that position I oversaw the County's 911 center, 24/7 Watch Desk, and Emergency Operations Center, which together processed more than 147,000 incidents and 290,000 service calls each year. I developed special-event and major-incident security, operational, and communications plans with regional public and private partners for events including the Marine Corps Marathon and the Army Ten-Miler, and I served as a principal member of the Metropolitan Washington Council of Governments Emergency Managers Committee.

4. Before joining the County, I served as Director (2015–2018) and Deputy Director (2013–2015) of Homeland Security and Emergency Preparedness for the City of New Orleans, where I developed and implemented physical-security plans for National Special Security Events and other major events with federal, state, and regional partners. Earlier, I worked as an emergency management specialist for Tulane University and as an emergency medical technician and public-health and medical planner for New Orleans Emergency Medical Services, where I responded to 911 calls on an ambulance.

5. I submit this declaration to describe how construction and operation of the proposed Triumphal Arch at Memorial Circle ("the Arch" or "the Arch project") will harm the County's fire, emergency medical, police, and emergency-management services, and how the National Park Service's (NPS) failure to analyze those effects has left the County without information it needs to plan for them.

**The County Is the Emergency Services Provider for Arlington National Cemetery and the Area Around Memorial Circle**

6. Memorial Circle, the planned site of the Arch, sits at the western end of Arlington Memorial Bridge, on the Virginia side of the Potomac River, between the bridge and Arlington National Cemetery. Although the Circle is federal land within the District of Columbia, it directly abuts the County, and the roads that feed it connect directly to the County's road network.

7. The Arlington County Fire Department is the primary 911 fire and emergency medical services provider for Arlington National Cemetery and the surrounding area, including the Arlington Cemetery Metro Station and Memorial Circle itself. There is no separate ambulance service for the Cemetery; when a visitor, mourner, or employee at the Cemetery suffers a medical emergency, County units are required to respond. County fire and EMS personnel will therefore be required to respond to fires, medical emergencies, and other incidents at the Arch site, and in the immediately adjacent areas, that depend on passage through Memorial Circle, both while the Arch is under construction and after it opens. County police units likewise respond to incidents in the area and provide backup and mutual aid.

8. This is not a theoretical responsibility. Between August 9 and October 8, 2026, County police and fire units, together with mutual-aid partners, responded to more than 220 incidents in the area surrounding Memorial Circle and Arlington National Cemetery, including

crashes, accidents with injuries, welfare checks, calls to assist unconscious persons, and traffic stops. In calendar year 2025, County units responded to 513 incidents in that area, and in 2026 that number has already reached 978. County records also reflect approximately 200 entries for incidents located at Memorial Circle itself or on its ramps, most of them accidents with injuries, pedestrian strikes, and injury calls. For example, on June 29, 2026, County fire and police units responded to a crash with injuries at Memorial Circle, and on July 17, 2026, County units performed a rescue following a crash on the southbound George Washington Memorial Parkway at the ramp from Memorial Circle.

9. Arlington National Cemetery hosts more than 5,000 funerals each year—roughly 24 to 27 every weekday—in addition to the many visitors who come to the Cemetery daily. NPS's Environmental Assessment ("EA") states only that the government would "avoid disruptive construction activities during funerals," without explaining how that could be accomplished given the volume of services and NPS's plan for near-continuous construction. The construction and the increased traffic that will follow will directly impair the County's ability to reach mourners, visitors, and Cemetery staff when a medical emergency occurs, and will likely force the County to change its emergency plans and reroute the vehicles serving those areas.

10. The Arch is also intended to draw large numbers of new visitors. NPS itself estimates that peak-season daily visitation could increase by 40 to 1,500 percent over existing conditions. Every additional visitor to the Arch, its plaza, and its observation deck is a potential patient, and that increase in visitation will increase demand for the very County emergency services whose response routes the project will constrain.

**The County's Emergency Plans Depend on Memorial Circle in Its Current Configuration**

11. The County's current emergency-response plans for the Cemetery, the Cemetery Metro Station, and the surrounding area are built around Memorial Circle's current configuration. Fire and EMS units responding from County stations reach these areas either by traveling down the George Washington Memorial Parkway or by traveling through and around the Cemetery, near the Marine Corps War Memorial.

12. Similarly, as part of the County's north-to-south emergency response to Washington Reagan National Airport ("DCA"), rescue units dispatched from central and north Arlington use Route 110 and the George Washington Memorial Parkway through the area around Memorial Circle to reach the airport. A construction closure, lane reduction, or detour affecting that connection would disrupt this established response route and force responding units onto alternate routes, potentially affecting the travel-time assumptions on which the County's airport emergency-response plans depend.

13. The County also uses the area adjacent to Memorial Circle as a staging ground for emergency operations. We have repeatedly staged personnel and apparatus there in responding to past incidents at the Cemetery and the Cemetery Metro Station, where large numbers of visitors congregate.

14. For major incidents in the area, the County relies on mutual aid from neighboring jurisdictions, including the City of Alexandria and the District of Columbia. Mutual-aid units from the District reach the area around Arlington Cemetery by crossing Arlington Memorial Bridge and passing through Memorial Circle. Thus far in 2026, District of Columbia Fire and EMS units were recorded responding to incidents in this area on approximately 10 occasions, including incidents on the Mount Vernon Trail and the George Washington Memorial Parkway.

15. The County's evacuation planning for the area likewise depends on having multiple routes into and out of the area around Memorial Circle; for example, an evacuation from the Cemetery or the Cemetery Metro Station may require vehicles to move through Memorial Circle toward Arlington Memorial Bridge, while other traffic and emergency vehicles use routes toward Route 110 and the George Washington Memorial Parkway. Reducing capacity through the Circle would constrain those evacuation options at the same time emergency responders need reliable access to the area. Construction closures, lane reductions, and detours, followed by permanent signalization and a pedestrian plaza within the Circle, will reduce the number and capacity of those routes.

16. For these reasons, construction and operation of the Arch will cause substantial harm to the County's ability to provide emergency services in the Cemetery and the immediate area of the Circle, and it will require County staff to devote significant time to revising our emergency service plans in an attempt to mitigate those harms.

**Memorial Circle Is a Chokepoint for County Emergency Responses Elsewhere, Including at Reagan National Airport**

17. The harm that will accrue from construction of the Arch is not confined to the immediate vicinity of the Circle. Memorial Circle and the roadways that feed it are also a chokepoint for County emergency responses to other locations. For example, County rescue units based in central and north Arlington travel via State Route 110 and the George Washington Memorial Parkway, through the area around Memorial Circle, to respond to emergencies at DCA, which is located within the County.

18. The Metropolitan Washington Airports Authority ("MWAA") maintains its own fire and EMS units at DCA, but those resources are limited, and the County routinely serves as a backup emergency services provider for the airport. Between October 1, 2025, and October 29,

2026, County fire and police units responded to approximately 190 incidents at DCA, including 71 incidents in the last three months of 2025 alone, most of them handled by County fire and EMS units. Those calls commonly involved sick persons, injuries from falls, and other medical emergencies. If the area around Memorial Circle is congested during or after construction, the County's ability to timely provide those backup services will be significantly hampered, and the County will have to revisit the travel-time assumptions on which its airport response plans rest and, quite possibly, make significant changes to those plans.

19. The tragic midair collision near DCA in January 2025 illustrates the stakes. County personnel were among the first responders to that disaster, with swift-water rescue teams traveling from Fire Station 5 in Crystal City and other units dispatched from the middle and northern parts of the County—all traveling through or near Memorial Circle to reach the scene. The County's ability to expeditiously respond to a similar emergency would be significantly hampered by the Arch project.

20. The County also routinely responds to rescue calls on the George Washington Memorial Parkway and the Mount Vernon Trail, including calls for cyclists injured near the Boundary Channel and Columbia Island. County records reflect more than 100 incidents at Columbia Island between August and October 2026, including two calls to assist unconscious persons at the Columbia Island Marina, and hundreds of incidents at the Boundary Channel Drive interchange. Although there is more than one way to reach those locations, construction closures, lane reductions, and detours will slow those responses and narrow the County's choice of routes. So will the permanent changes that follow, including new traffic signals, a pedestrian plaza within the Circle, and the substantial increase in peak-season visitation that NPS itself projects.

21. Emergency mutual aid with MWAA also runs in both directions. MWAA emergency units respond to calls in parts of Arlington County when County units are unavailable. Those calls are typically in areas adjacent to DCA, but on a number of occasions MWAA units have needed to traverse Memorial Circle to respond to serious incidents farther away, such as on the George Washington Memorial Parkway. Traffic caused by the Arch project will impair the County's ability to receive these backup emergency services as well.

**The Arch Project Will Force the County to Remodel and Revise Its Emergency Planning**

22. When significant changes are made to traffic signals, traffic patterns, or major thoroughfares, the County must remodel its emergency-response drive times using geographic information system (GIS) analysis to confirm that it can continue to meet applicable response-time standards. Where the modeling shows that the County cannot reliably maintain needed response times, the County must reallocate personnel and equipment to restore acceptable response times.

23. The Arch project will require the County to repeatedly engage in that remodeling: during each phase of construction as closures and detours change, and again once the permanent structure, plaza, signals, and traffic modifications are in place. That work will consume significant and valuable County staff time, and it will likely require the County to provide or reallocate additional resources to maintain acceptable emergency response times. Turning Memorial Circle into a major visitor destination comparable to the monuments on the National Mall will ultimately force substantial changes to how the County positions and moves its emergency resources.

24. NPS has not provided the County with the information it would need even to begin that work. The EA contains no regional traffic modeling, no projection of how traffic will divert onto other routes during each construction phase or after completion, and no analysis of

how the project will affect emergency-response times. NPS has thus neither accounted for these harms itself nor given the County what it needs to plan for them.

**The Harms Will Be Especially Acute During Major Regional Events**

25. Arlington Memorial Bridge and Memorial Circle serve as a protected route for County first responders onto the National Mall during National Special Security Events and other major events, such as presidential inaugurations and the recent celebrations of the 250th anniversary of American independence. County units provide mutual aid during those events, and any evacuation of attendees from the Mall depends on this route remaining clear and accessible.

26. Arlington National Cemetery also serves as a designated emergency egress point for protected persons during an emergency. The Arch project will impair the ability of Memorial Bridge and the Circle to serve these multiple, overlapping functions during major events.

27. The Circle is a particularly vital thoroughfare during recurring events that require local road closures, such as the Marine Corps Marathon and the Army Ten-Miler. During the Marine Corps Marathon, for example, the course cuts off roadways on both sides of the area, leaving the Circle as a critical connection for emergency vehicles.

28. When the Circle's capacity is reduced because of the Arch—during construction and permanently thereafter—County responders will have to divert to Interstate 66, Interstate 395, or Key Bridge during such events, and the County will have to revise its special-event emergency planning accordingly.

**The Planned Military Complex Creates New Hazards to Which the County Will Have to Respond**

29. On September 20, 2026, the President announced that the Arch would be converted into a "Military Complex" that would "house, store, and have the rapid ability to use

large numbers of drones, plus Snipers," and would "have and hold large quantities of sniper ammunition in storage." Sworn declarations filed by the federal government on October 28, 2026, in *Lemmon v. Trump*, No. 1:26-cv-00544 (D.D.C.), confirm that intention. The Secretary of Homeland Security refers to the project as the "Triumphal Arch and Military Complex." Decl. of Markwayne Mullin ¶ 15, *Lemmon*, Dkt. No. 74-8. The Secretary of Defense attests that the structure will include "[s]ecure storage" for "ammunition" and "C-UAS drones," dedicated military command-and-control space, and "protected power," and that its elevated position will support "counter-sniper personnel." Decl. of Pete Hegseth ¶¶ 12, 13(a), 13(d), *Lemmon*, Dkt. No. 74-9. That usage of the Arch creates inherently dangerous conditions, and County firefighters and paramedics will be called upon to respond to any fire, explosion, or accident involving or caused by those snipers, ammunition stockpiles, or drone operations—at a site in the middle of a busy traffic circle frequented by commuters, tourists, and mourners.

30. Despite the dangerous conditions this military complex will create, the site lacks basic firefighting infrastructure. The existing hydrant network ends at the Arlington Cemetery Metro Station, and NPS has not explained how water supply will be extended to the Arch site.

31. To my knowledge, NPS has not analyzed any of these risks and has not prepared any supplemental environmental analysis that incorporates snipers, drones, and ammunition since the President's announcement. The County has received no information about the quantity or type of ammunition to be stored, where within the structure it would be kept relative to public areas such as the gallery and observation deck, or how drone operations would be conducted—information that is essential to pre-incident planning for any facility of this kind. Both Secretaries nonetheless attest that these capabilities "would not require any structural modifications or alterations to the existing plans for the Arch" and "will be fully integrated into

the existing design." Mullin Decl. ¶ 16; Hegseth Decl. ¶ 15. Neither the Revised Environmental Assessment dated October 9, 2026, nor any plan provided to the County, identifies ammunition storage, drone launch or storage areas, a military command-and-control center, hardened power systems, fire-suppression measures for munitions, or emergency-apparatus access for such a facility. Either those features are already part of the "existing design" and have not been disclosed to the County, or the design will have to change to accommodate them. In either case, the County is left to plan for contingencies on the basis of conjecture.

**The Secretaries' Declarations Do Not Account for Existing Regional Efforts**

32. Both Secretaries describe counter-unmanned aircraft system (C-UAS) coverage in the National Capital Region as "episodic," deployed mainly during National Special Security Events. Mullin Decl. ¶ 9; Hegseth Decl. ¶ 9. That description omits ongoing regional work. Through a $500 million federal C-UAS grant program, the National Capital Region—represented by the District of Columbia as the eligible applicant on behalf of the region, including Virginia and Maryland—has been planning persistent detection, tracking, and identification coverage across the Washington, D.C. Flight Restricted Zone, with expansion to the Special Flight Rules Area, linked to federal common operating pictures that are "in place or coming on-line." None of that regional planning depends on the Arch.

33. The timing of the Arch also does not match the urgency the Secretaries describe. According to the federal government, above-ground construction is not expected to begin before May 2027, and the full construction schedule is 33 to 39 months. The regional C-UAS grant's period of performance runs through September 30, 2028, with detection capabilities to be sustained through fiscal years 2027 and 2028. The disruption to County emergency services described above, by contrast, will begin as soon as excavation starts.

34. Secretary Mullin attests that success in protecting the region “depends entirely on seamless interagency coordination” among federal, state, municipal, and transit agencies. Mullin Decl. ¶ 12. Secretary Hegseth likewise describes Memorial Circle as a hub for coordination with “public-safety” stakeholders. Hegseth Decl. ¶ 11. Yet neither the Department of Homeland Security nor the Department of Defense has consulted the County, the County’s Emergency Operations Center, or, to my knowledge, the Metropolitan Washington Council of Governments Emergency Managers Committee about using the Arch as a command, C-UAS, or munitions-storage site, even though the County’s fire, EMS, and police units would be the first to respond to any incident there.

35. Secretary Hegseth describes the site as a “principal gateway” linking Memorial Avenue, Arlington Memorial Bridge, Arlington National Cemetery, Joint Base Myer–Henderson Hall, and the Pentagon. Hegseth Decl. ¶ 11. That is the same chokepoint on which County emergency responses depend. Placing a staffed military command node and munitions storage at that location makes it a potential target. Secretary Mullin himself warns of incidents “designed to strain law enforcement capacity [and] divert emergency response resources.” Mullin Decl. ¶ 8. Any such incident at the Arch would draw County resources into the very traffic circle whose capacity the project will reduce.

36. Both Secretaries acknowledge that radio-frequency interference affects C-UAS operations and that interference with public-safety communications is a recognized threat. Hegseth Decl. ¶ 6; Mullin Decl. ¶ 8. The County operates the 911 center and public-safety radio systems serving this area. No federal agency has coordinated with the County on how C-UAS detection or mitigation equipment at the Arch, close to DCA, would affect County dispatch and radio communications.

**Conclusion**

37. In my professional judgment, the Arch project will impair the County's ability to provide timely fire, EMS, and police services to Arlington National Cemetery, the Cemetery Metro Station, Memorial Circle, Reagan National Airport, the George Washington Memorial Parkway and Mount Vernon Trail, and the National Mall during major events, and it will require the County to devote significant staff time and resources to revising its emergency plans. NPS's truncated analysis of the impacts of the Arch project have deprived the County of information it needs to prepare for and mitigate those harms before construction begins.

38. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 5, 2026, in Arlington, Virginia.

Dr. Aaron Miller
Deputy County Manager
Arlington County, Virginia