**UNITED STATES DISTRICT COURT FOR**
**THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **COUNTY BOARD OF ARLINGTON COUNTY, VIRGINIA,**<br><br>*Plaintiff,*<br>*v.*<br><br>**NATIONAL PARK SERVICE**, *et al.*,<br><br>*Defendants.* | **Case No. 26-cv-3372 (LMB-WEF)** |

**NOTICE OF HEARING**

Plaintiff respectfully submits this notice to inform the Court that on Friday, November 20, 2026, at 10:00 a.m., or as soon thereafter as undersigned counsel may be heard, Plaintiff will present to the Court its motion for a preliminary injunction and for a stay under 5 U.S.C. § 705.

Pursuant to Local Civil Rule 7(E), the Parties have met and conferred, and agree that Defendants' opposition shall be due on November 13, 2026, and Plaintiff's reply shall be due November 18, 2026.

November 6. 2026

Respectfully submitted,

*/s/ Catherine M.A. Carroll*
Catherine M.A. Carroll (VA Bar No. 50939)
Kate Talmor+ (DC Bar No. 90036191)
Gregory M. Cumming+ (DC Bar No. 1018173)
Brian D. Netter+ (DC Bar No. 979362)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
Phone: (202) 448-9090
Fax: (202) 796-4426

Ryan Samuel (VA Bar No. 84400)
County Attorney
Arlington County Attorney's Office
2100 Clarendon Blvd. Suite 403
Arlington, Virginia 22201
Phone: (703) 228-3100
Fax: (703) 228-7106
rsamuel@arlingtonva.us

ccarroll@democracyforward.org
ktalmor@democracyforward.org
gcumming@democracyforward.org

*Counsel for Plaintiff*

+ Admitted pro hac vice

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of November, 2026, I will cause the foregoing to be electronically filed with the Clerk of Court and all Parties using the CM/ECF system.

*/s/_Catherine M.A. Carroll__*
Catherine M.A. Carroll (VA Bar No. 50939)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
Phone: (202) 448-9090
Fax: (202) 796-4426
ccarroll@democracyforward.org

*Counsel for Plaintiff*