**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| COUNTY BOARD OF ARLINGTON COUNTY, VIRGINIA,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL PARK SERVICE, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-3372 (LMB/WEF) |

**CONSENT MOTION FOR A BRIEFING SCHEDULE**

Pursuant to Federal Rule of Civil Procedure 6 and E.D. Va. Local Rule 7, Defendants, by and through undersigned counsel, hereby respectfully move this Court for a joint briefing schedule on Plaintiff's Motion for a Preliminary Injunction and Section 705 Stay (Dkt. 16). Good cause for this relief is as follows.

1. Plaintiff, the County Board of Arlington, Virginia, brings this action challenging the Triumphal Arch and Military Circle. *See generally* Am. Compl. (Dkt. 14).

2. On November 6, 2026, Plaintiff moved for a preliminary injunction and stay pursuant to 5 U.S.C. § 705. Dkt. 16. Plaintiff noticed the motion for a hearing on November 20, 2026. Dkt. 18.

3. In order to efficiently resolve Plaintiff's motion, the parties negotiated the following briefing schedule:

   a) Defendants shall file their opposition on or before November 13, 2026;

   b) Plaintiff will file its reply in support of the motion on or before November 18, 2026.

4. Plaintiff proposed the foregoing briefing schedule in its Notice of Hearing (Dkt.

18).

5. A proposed order is attached for the Court's convenience.

Respectfully submitted,

TODD W. BLANCHE
ATTORNEY GENERAL

THEOPHANI K. STAMOS
FIRST ASSISTANT U.S. ATTORNEY

By: /s/
MEGHAN LOFTUS
Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3757
Fax: (703) 299-3983
Email: meghan.loftus@usdoj.gov

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Energy & Natural Resources Division
U.S. Department of Justice

*/s/ Michael S. Sawyer*
MICHAEL S. SAWYER
Senior Attorney, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 353-5134
Email: michael.sawyer@usdoj.gov

*Counsel for Defendants*

Dated: