**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

COUNTY BOARD OF ARLINGTON COUNTY, VIRGINIA,

Plaintiff,

v.

NATIONAL PARK SERVICE, *et al.*,

Defendants.

Case No. 1:26-cv-3372 (LMB/WEF)

**ORDER**

This matter comes before the Court on Defendants' Consent Motion for a Briefing Schedule. For good cause shown, it is hereby

ORDERED that the motion, [Dkt. No. 20], is GRANTED; and it is further

ORDERED Defendants shall file their opposition on or before November 13, 2026; and it is further

ORDERED that Plaintiff will file its reply in support of the motion on or before November 18, 2026.

November 9th, 2026

/s/ LMB
Leonie M. Brinkema
United States District Judge