**UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| **COUNTY BOARD OF ARLINGTON COUNTY, VIRGINIA,**<br>*Plaintiff,*<br>*v.*<br>**NATIONAL PARK SERVICE,** *et al.*,<br>*Defendants.* | **Case No. 26-cv-3372 (LMB-WEF)** |

**ORDER**

Upon consideration of the Plaintiff's consent motion for permission to exceed the court's page limits, and for good cause shown, it is hereby:

ORDERED that the motion is GRANTED; it is further

ORDERED that the following page limits shall apply to Plaintiff's Motion for Preliminary Injunction and Section 705 Stay, and Conditional Temporary Restraining Order:

a. Plaintiff's memorandum in support of motion for preliminary injunction: 35 pages;

b. Defendants' opposition to Plaintiff's motion: 35 pages

Dated: November 9, 2026

/s/ LMB

Leonie M. Brinkema
United States District Judge