**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **COUNTY BOARD OF ARLINGTON COUNTY,**<br><br>*Plaintiff*,<br><br>v.<br><br>**NATIONAL PARK SERVICE**, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-cv-3372 |

**DECLARATION OF ALISON S. VICKS**

I, Alison S. Vicks, declare the following:

1. I am a Trial Attorney in the Natural Resources Section, Energy and Natural Resources Division, United States Depart of Justice, and counsel of record for Defendants in the above-captioned matter. Except to the extent otherwise indicated, I make the statements in this declaration based on personal knowledge.

2. Attached as Exhibit A is a true and correct copy of excerpts from the NPS website, "Arlington Memorial Bridge & Avenue," last updated Apr. 5, 2023), which I downloaded from Arlington Memorial Bridge & Avenue - George Washington Memorial Parkway (U.S. National Park Service).

3. Attached as Exhibit B is a true and correct copy of excerpts from U.S. Comm'n of Fine Arts, Designing the Nation's Capital: The 1901 Plan for Washington, D.C. 118 (2006) (Eds., Sue Kohler & Pamela Scott), which I downloaded from https://catalog.hathitrust.org/Record/005543195.

4. Attached as Exhibit G is a true and correct copy of the Revised Final

Environmental Assessment for the Triumphal Arch, dated October 9, 026, which I downloaded from https://parkplanning.nps.gov/showFile.cfm?sfid=869021&projectID=136973.

5. Attached as Exhibit H is a true and correct copy of the FAA Administration Report of Internal Review, ASN: 2026-AEA-5959-OE, originally submitted in *Lemmon v. Trump*, No. 26-cv-544 (D.D.C.), Dkt. 44-11.

6. Attached as Exhibit I is a true and correct copy of a letter from Thomes Luebke, FAIA to Sec. Burgum, DOI (May 28, 2026) an Executive Director's Recommendation for the National Capital Planning Commission, which I downloaded from https://www.cfa.gov/records-research/project-search/cfa-21-may-26-1.

7. Attached as Exhibit J is a true and correct copy of Declaration of Pete Hegseth, Secretary of the Department of War, originally submitted on October 28, 2026, in *Lemmon v. Trump*, No. 26-cv-544 (D.D.C.).

8. Attached as Exhibit K is a true and correct copy of Declaration from Markwayne Mullin, Secretary of Homeland Security, originally submitted on October 28, 2026, in *Lemmon v. Trump*, No. 26-cv-544 (D.D.C.).

9. Attached as Exhibit L is a true and correct copy of Media Release: "NCPC Approves New Monumental Arch Final Site and Building Plans" (Nov. 6, 2026), which I downloaded from https://www.ncpc.gov/docs/actions/2026November/8778_New_Monumental_Arch_Staff_Report_Nov2026.pdf.

10. Attached as Exhibit N is a true and correct copy of NPS, Decision Record, "Triumphal Arch at Memorial Circle," (Nov. 5, 2026), which I downloaded from https://parkplanning.nps.gov/showFile.cfm?sfid=872006&projectID=136973.

11. Attached as Exhibit P is a true and correct copy of the National Register of Historic Places Nomination Form for the George Washington Memorial Parkway (April 24, 1995), which I downloaded from https://www.dhr.virginia.gov/wp-content/uploads/2018/04/029-0228_George_Washington_Memorial_Parkway_1990_Final_Nomination.pdf.

12. Attached as Exhibit O is a true and correct copy of the letter sent from the Advisory Council on Historic Preservation on October 9, 2026, which I downloaded from https://www.achp.gov/sites/default/files/2026-10/ACHPTriumphalArchLettertoSecretaryBurgum.pdf.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

DATED: November 13, 2026

*/s/ Alison S. Vicks*
ALISON S. VICKS, Trial Attorney
Energy and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: 202-297-2862
E-mail: alison.vicks@usdoj.gov

*Counsel for Defendants*