# EXHIBIT C

November ~~17,~~ 20, 1931.

My dear Colonel Grant:

The report of the Arlington Memorial Bridge Commission, 68th Congress, 1st Session, Senate Document No. 95, gives in detail the program approved by Congress for the construction of the Arlington Memorial Bridge and its related features. On page 40 under the subject heading, "Columbia Island and the Lee Highway" is stated the following:

> "Even before the reclamation of Columbia Island by the dredging operations of the Corps of Engineers had advanced materially, it was always considered as a suitable site for formal park treatment, a fitting end for the Memorial Bridge, as well as an important feature in itself. Being so intimately related to the bridge, it was thought proper that the plans for the ultimate development of Columbia Island as a park should be included as part of the project for the Memorial Bridge. Accordingly the lines of the shore of the island have been somewhat rectified to permit a cross axis almost perpendicular to the main axis of the bridge and extending the full length of the island. The intersection of these two axes has suggested a plaza with fitting architectural adornment in a measure supplemental to the Lincoln Memorial across the river, and for this purpose two stately columns are proposed to be erected here, framing in but not interfering with the view of the Lincoln Memorial from the direction of the Lee Mansion. These columns symbolize the one the North and the other the South. They are surmounted by statues of Victory, the stylobates whence they rise offering surfaces suitable for decorations, bas-relief, and inscriptions. The columns are 166 feet high or practically of the same height as the Colonne dè Juillet in Paris."

The two columns referred to are regarded by the architects of the Arlington Memorial Bridge as an essential feature in the proposed development of Columbia Island according to the adopted plan. The

Commission of Fine Arts agree with the architects that such columns are architecturally features of first importance and that the approved design should not be changed hastily or without adequate consideration.

Two objections to the columns have been raised: The first objection related to foundations, but the engineers of the bridge give assurance that adequate foundations can be constructed. The second objection is that the columns would interfere with the air flights from the field now in use by a commercial airport. The Commission of Fine Arts do not regard this objection as valid. In fact, they consider the columns rather as a protection of the sacredness of Arlington by causing the commercial air routes to be diverted to the north. This will be all the more important when the Arlington National Cemetery shall be enlarged to take in the present Agriculture Department experiment farm. The columns as at present designed will carry abundant light as warning to aviators. The Commission of Fine Arts, however, would quite willingly postpone the erection of these columns until the other features necessary to the artistic completion of the project shall have been finished.

For the Commission of Fine Arts:

Very respectfully yours,

Chairman.

Lieut. Col. U. S. Grant, 3d,
Executive and Disbursing Officer,
Arlington Memorial Bridge Commission.
Washington, D. C.