# EXHIBIT F

38. Plans for Columbia Island Plaza:

MR. NOLEN explained that this subject was brought up at the last meeting and a resolution was passed requesting the Park Service to make a study and bring its plans up to date with an idea of getting definite plans and an appropriation and completing this part of the Arlington Memorial Bridge project. GENERAL GRANT explained that when the Arlington Memorial Bridge was built, work was practically completed on either side of Columbia Island but construction of part of the plan as then drawn was deferred in order that the made land which comprises Columbia Island had time to settle. Because of the war and other things the plan for development of the Island was forgotten. In other words "the whole conception has got the middle knocked out, and has never been carried out. Something has to be done there to formalize this connection."

MR. NOLEN reviewed the various plans that had been made and the work which has been done on the development of this section. He stated he had put it on the agenda because it affected MR. DEMARAY'S office, this Commission, the Fine Arts Commission and also GENERAL YOUNG, as it did affect the D. C. traffic. MR. DEMARAY reported that his office will try to make progress on the plans. The CHAIRMAN requested that consideration be given to having traffic going to the Cemetery go straight through the Plaza instead of via the Circle, as now required. GENERAL YOUNG is to be consulted if and when it affects District traffic.

Extract from minutes of the 233 meeting of the National Capital Park and Planning Commission held on Dec 11-12 1947