# Exhibit I

MEETING STATUS

The next Commission of Fine Arts meeting, scheduled for 18 June, will be held **in person only** at the Commission's offices in the National Building Museum, 401 F Street, NW, Suite 312, Washington, D.C. All applicants and all members of the public wishing to speak at the meeting must attend in person. For the latest information and to register to view the meeting stream online, click here.

# CFA 21/MAY/26-1

**LOCATION:**
George Washington Memorial Parkway
Washington, DC

**OWNER:**
Executive Office of the President
U.S. Department of the Interior

**PROPERTY:**
Memorial Circle

**DESCRIPTION:**
New monumental arch

**REVIEW TYPE:**
Revised concept

**PREVIOUS REVIEW:**
CFA 16/APR/26-1

**SUBMITTED DOCUMENTS:**
- Monumental Arch presentation
- Precedent studies for Columbia Island (1887-1934)

---

## Letter

28 May 2026

Dear Secretary Burgum:

In its meeting of 21 May, the Commission of Fine Arts reviewed a revised concept design proposal for a new monumental arch to be constructed within Memorial Circle on the George Washington Memorial Parkway, on the axis of Arlington Memorial Bridge. The Commission approved the submission as a final proposal for the architectural design with the following comments, requesting further information about the arch's program of sculpture.

The Commission members expressed appreciation for the presentation, which included additional information about the structure's interior, a more extensive site model, rendered views of the proposed arch within the larger monumental context, and the simplification of various decorative features. They cited the history of heroic architecture proposed for this site in the late nineteenth and early twentieth centuries, including several arches and a pair of 166-foot-tall columns; they commented that this proposal builds on the legacy of the McMillan Plan for Washington, D.C., and would extend

the symbolic landscape beyond the National Mall. They noted that the city and its narrative of monuments is not static, and this project provides an opportunity for new national stories. In their discussion, the Commission members noted the numerous objections to the project and advised that many of these issues are not part of the Commission's purview. Instead, they characterized the project as beautiful, and they found that the presentation shows the arch would be visually open and would not block views toward the significant landmarks in this context. They concluded that the arch is appropriately scaled to frame and enhance Arlington House as the landmark that terminates the long ceremonial axis from the Lincoln Memorial, and that it would give the historic home of General Robert E. Lee the visual prominence it deserves as the endpoint of the monumental McMillan Plan sequence extending from the Capitol to Arlington National Cemetery.

In their support for the architectural design of the arch as presented, the Commission members resolved to approve this revised concept submission as a final design, with the exception of the sculpture, bas-relief panels, and statuary in the arched niches, which should be submitted when these elements have been designed. Noting the spare character of arch's inner surfaces, they also suggested adding articulation, such as panels, surface relief, or inscriptions to complete the development of the design.

With this action of final approval, the Commission has concluded its review of the architectural components of this project and looks forward to the review of the comprehensive sculptural program.

Sincerely,
/s/Thomas E. Luebke, FAIA
Secretary

The Honorable Doug Burgum
Secretary of the Interior
U.S. Department of the Interior
1849 C Street, NW
Washington, DC 20240

cc: Nicolas Leo Charbonneau, Harrison Design
Joshua Fisher, Executive Office of the President
Marcel Acosta, National Capital Planning Commission