# Exhibit M

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

**COUNTY BOARD OF ARLINGTON COUNTY,**

*Plaintiff,*

v.

**NATIONAL PARK SERVICE**, *et al.*,

*Defendants.*

Civil Action No. 26-cv-3372

**DECLARATION OF TAMMY STIDHAM, ASSOCIATE REGIONAL DIRECTOR, LANDS AND PLANNING, NATIONAL PARK SERVICE, NATIONAL CAPITAL REGION**

I, Tammy Stidham declare as follows:

1. I am the Associate Regional Director for Lands and Planning for the National Park Service ("NPS") National Capital Region. I have been in this position for approximately two years. Prior to that time, I served as the Deputy Associate Regional Director for Lands and Planning at the NPS National Capital Region. All together, I have been employed by the NPS for over thirty-seven years.
2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.
3. In my position as Associate Regional Director, and my previous position as Deputy Regional Director, I have worked to plan and implement a substantial portfolio of NPS projects across the region involving many different types of buildings and structures, including comfort stations, offices, maintenance and operational facilities, law

enforcement facilities, stables, visitor-use and recreational facilities, utility and infrastructure-related structures, large buildings, and nationally significant memorials. My experience includes seeking and obtaining the approval of the National Capital Planning Commission (NCPC) for NPS projects in the National Capital Region and obtaining review by the Commission on Fine Arts (CFA) for NPS projects in the National Capital Region.

4. Due to my position, I am generally familiar with the buildings, structures and other facilities on NPS managed lands in the District of Columbia, including their history and condition. I am also generally familiar with NPS history and authorities.

5. Under the NPS Organic Act of 1916, the NPS is required to "promote and regulate the use of the National Park System by means and measures that conform to the fundamental purpose of the System units, which purpose is to conserve the scenery, natural and historic objects, and wild life in the System units and to provide for the enjoyment of the scenery, natural and historic objects, and wild life in such manner and by such means as will leave them unimpaired for the enjoyment of future generations." 54 U.S.C. § 100101. This authority extends to historic preservation and construction activities at individual park units in furtherance of the purpose of the park unit at issue.

6. The National Park System has evolved over time and now includes more than 400 parks across the country, covering more than 85 million acres. Systemwide, NPS infrastructure includes more than 75,000 assets, such as historic buildings, visitor centers, comfort stations, NPS administrative and maintenance facilities, trails, roads, bridges, and utility systems. There are over 5,500 miles of paved roads, 17,000 miles of trails, and 25,000 buildings managed by the NPS. This unique infrastructure has evolved over time in

response to the NPS mission. Maintaining that infrastructure is a key NPS responsibility

7. In general, the NPS plans and approves projects to construct, rehabilitate, and maintain the wide variety of buildings, structures, and other NPS facilities that support park operations, resource protection, visitor use, public safety, resource interpretation, or park administration. The NPS has long performed this role on parklands in the District of Columbia.
8. NPS Administrative units in D.C. include Rock Creek Park, the White House and President's Park, the National Mall and Memorial Parks, National Capital Parks – East and parts of the Chesapeake and Ohio Canal National Historical Park and the George Washington Memorial Parkway. These administrative units manage individual park units in D.C. such as the Lincoln Memorial, Ford's Theatre, and the National Mall.
9. The NPS has substantial park infrastructure in D.C., including recreational facilities, such as the NPS's three public golf courses, administrative and maintenance facilities, visitor centers, comfort stations, historic structures, and interpretive waysides and kiosks, as well as other types of facilities in furtherance of the NPS's mission.
10. The NPS may carry out construction, rehabilitation or maintenance projects itself using appropriated funds through the NPS's annual construction appropriation, if funds are available. The National Capital Region headquarters and the recently constructed U.S. Park Police substation, discussed below, were constructed using appropriated funds.
11. The NPS also uses its donation acceptance authority, 54 U.S.C. § 101101, to carry out projects on parkland, including the construction of facilities. Such projects may involve the donation of funds to NPS for the NPS to complete the construction. Examples of privately supported construction or rehabilitation projects on NPS-managed lands in D.C.

include the repairs to the Washington Monument after the D.C. earthquake, the Washington Monument elevator modernization, the Lincoln Memorial roof restoration, the Lincoln Memorial undercroft project, and the Thomas Jefferson Memorial museum/accessibility improvements. In some instances, these privately raised funds were provided through authorized philanthropic partners such as the National Park Foundation or the Trust for the National Mall and used in combination with appropriated funds.

12. Alternatively, the NPS uses its donation acceptance authority to accept donations of completed projects. In such cases, the NPS authorizes a donor to construct a project on NPS-managed land to NPS's specifications, and the completed project is then donated to the NPS. The U.S. Park Police Stables and Tennis Stadium, both discussed below, were constructed by donors and donated to the NPS.

13. My office is currently located in the National Capital Region headquarters campus on Hains Point, in East Potomac Park, managed by the NPS as part of the National Mall and Memorial Parks. The NPS constructed the National Capital Region Headquarters, the U.S. Park Police Headquarters, and additional administrative facilities at this site between 1963 and 1969 as part of the Mission 66 program ("National Capital Region Campus").

14. In 2016, the NPS proposed renovation of the existing National Capital Region Campus to consolidate NPS administrative offices, including park and regional headquarters, and the construction of a new 13,000 square foot facility for the U.S. Park Police substation to move the existing facilities out of the floodplain. The construction of the substation was submitted to NCPC and CFA for review and approval.

15. Below is an image of the campus as it existed in 2016 when the proposed substation construction was submitted to NCPC for approval.



16. Below is a photograph of the newly constructed substation.



17. The tennis stadium in Rock Creek Park is another example of a large facility constructed under NPS's authority on parkland in D.C. The tennis stadium, large enough to seat 7,500, was constructed in the late 1980s by Washington Area Tennis Patrons Foundation and donated to the NPS after construction was completed.

18. An image of the outside of the tennis stadium, which is the home of the annual DC Open tournament, is below:



19. The recent U.S. Park Police Stables project on the National Mall is another example of an NPS construction project in D.C. The stables were originally constructed in 1975 as a temporary structure, adjacent to a maintenance yard and water treatment plant for the Lincoln Memorial reflecting pool, to house park police horses. The project was submitted to NCPC and CFA for review and approval.

20. In 2023, the NPS opened a 13,542 square foot U.S. Park Police facility that includes public paddocks, educational areas, stable space, training and medical paddocks, administrative areas, support, and employee parking. This project was constructed as a donation from the Trust for the National Mall.

21. Below is an image depicting the newly constructed U.S. Park Police facility:



I declare under penalty of perjury that the foregoing is true and correct. Executed on November 13, 2026.

TAMMY STIDHAM Digitally signed by TAMMY STIDHAM
Date: 2026.11.13 11:09:49 -05'00'

_______________________

Tammy Stidham