# Exhibit O

and plan of said tract of land," so that said Act as amended shall read as follows:

"That the Secretary of War be, and he is hereby, authorized to purchase the tract of land adjoining the United States target range at Auburn, Maine, comprising eighty-four acres, more or less, the property of the heirs of John Barron, for the purpose of adding to said rifle range, and to purchase said property the Secretary of War is authorized to expend a sum not to exceed $3,000 and the sum or sums necessary to be expended for the investigation of title, and for the required survey and plan of said tract of land, from funds allotted to the State of Maine by the United States from the appropriation 'Arming, equipping, and training the National Guard,' for the fiscal year ending June 30, 1927."

Purchase of land adjoining Army target range at, authorized.

Investigation of title, and survey to be made.

From National Guard allotment to Maine.

Approved, May 23, 1928.

---

May 23, 1928.
[S. 1369.]
[Public, No. 493.]

**CHAP. 719.**—An Act To authorize and direct the survey, construction, and maintenance of a memorial highway to connect Mount Vernon, in the State of Virginia, with the Arlington Memorial Bridge across the Potomac River at Washington.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled*, That the United States Commission for the Celebration of the Two Hundredth Anniversary of the Birth of George Washington (hereinafter referred to as the commission), created by Public Resolution Numbered 38, approved December 2, 1924, be, and the same is hereby, authorized and directed to take such steps as may be necessary to construct a suitable memorial highway to connect Mount Vernon, the home and burial place of George Washington, in the State of Virginia, with the south end of the Arlington Memorial Bridge, now being constructed across the Potomac River at the city of Washington, District of Columbia, acting through and by utilizing the services of the United States Department of Agriculture.

Mount Vernon Memorial Highway, Va.

Commission directed to construct, from Mount Vernon, Va., to Arlington Memorial Bridge across Potomac River.

Vol. 43, p. 671.

Under services of Agricultural Department.

SEC. 2. That the Secretary of Agriculture is hereby authorized and directed to cooperate with said commission in carrying out the provisions of this Act. He shall cause to be made such surveys as may be deemed necessary of the route, or routes, between the points named in section 1 hereof. The said commission shall determine the route on which said highway shall be constructed. The Secretary of Agriculture shall cause to be prepared such plans, specifications, and estimates for the construction of said highway as may be necessary, which shall include provision for the planting of shade trees and shrubbery and for such other landscape treatment, parking, and ornamental structures as he may prescribe, such plans and specifications to be subject to approval by the commission. He shall advertise for bids and enter into contracts for and supervise the work of constructing said highway.

Secretary of Agriculture to cause necessary surveys.

Commission to determine route.

Plans, specifications, and estimates to be prepared.

Contracts for construction, etc.

SEC. 3. That the highway authorized to be constructed under the provisions of this Act shall have a right of way of such minimum width as the commission shall determine, and shall be constructed only of such durable type of surfacing as will adequately meet the present and probable future traffic needs and conditions thereon. The Secretary of Agriculture is hereby authorized to occupy such lands belonging to the United States or to the District of Columbia as may be necessary for the location, construction, and maintenance of the highway authorized herein.

Width of right of way, and surfacing type, required.

Occupation of Government and District lands, authorized.

SEC. 4. That the Secretary of Agriculture is hereby authorized to acquire such lands as may be necessary for the proper location, construction, and maintenance of said highway, including parking,

Acquiring necessary lands by purchase, condemnation, gift, etc,

Acceptance of funds from States, etc.

Payment for acquired lands.

Condemnation proceedings in Virginia subject to laws thereof.

Title requirements.

by purchase, condemnation, gift, grant, dedication, devise, or otherwise, from any source whatsoever. The Secretary of Agriculture may accept funds from any State, county, or political subdivision of a State, or from any individual or association, for the purpose of aiding in carrying out the provisions of this Act. Such lands as may be acquired by purchase or condemnation may be paid for from funds authorized to be appropriated under this Act, or from funds that may be donated for the purpose of aiding in carrying out the provisions hereof. Whenever it becomes necessary to acquire by condemnation proceedings any lands in the State of Virginia for the purpose of carrying out the provisions of this Act, such proceedings shall conform to the laws of said State now in force in reference to Federal condemnation proceedings. No payment shall be made for any such lands until the title thereto in the United States shall be satisfactory to the Attorney General of the United States.

Maintenance by Secretary of Agriculture from annual appropriations hereby authorized

Traffic regulations to be issued.

*Proviso.*
Concurrent jurisdiction of Virginia not interfered with.

SEC. 5. That after the construction of said highway, the Secretary of Agriculture shall cause the same to be properly maintained, and shall pay the cost thereof from funds to be appropriated annually for that purpose, which appropriations are hereby authorized to be made. The Secretary of Agriculture shall have control over the vehicular and pedestrian movement on and over the highway constructed hereunder and may issue rules and regulations to govern such traffic and all uses of said highway, including limitations on the size, kind, weight, and speed of vehicles: *Provided*, That nothing herein shall be so construed as to conflict or interfere with the concurrent jurisdiction of the State of Virginia reserved by the laws of said State now in force over property acquired therein by the United States, or with chapter 494 of the Acts of the General Assembly of Virginia, approved March 25, 1926, authorizing cooperation on the part of the State and interested subdivisions thereof in the construction of the highway herein provided for.

Annual appropriation authorized.
*Post*, pp. 895, 1221.

SEC. 6. That for the purpose of carrying out the provisions of this Act, there is hereby authorized to be appropriated, out of any money in the Treasury not otherwise appropriated, the following sums, or so much thereof as may be necessary, to be available until expended: The sum of $500,000 for the fiscal year ending June 30, 1928; the sum of $2,000,000 for the fiscal year ending June 30, 1929; the sum of $1,000,000 for the fiscal year ending June 30, 1930; the sum of $1,000,000 for the fiscal year ending June 30, 1931.

Employment of assistants, engineers, etc., authorized.

SEC. 7. That out of the appropriations made under this Act, or Acts amendatory thereof or supplemental thereto, the Secretary of Agriculture is authorized to employ such assistants, engineers, clerks, and other persons, in the city of Washington and elsewhere, to pay the salaries of like persons regularly employed by the Government whose services may be utilized hereunder and to incur such travel and other expenses as he may deem necessary for carrying out the purpose of this Act.

Approved, May 23, 1928.

---

May 23, 1928.
[S. 3699]
[Public, No. 494.]

**CHAP. 720.**—An Act For the relief of the land-grant railroad operated between the station formerly known as East Portland, in the State of Oregon, and Roseville, in the State of California.

Land grant railroad. Rate of Army transportation on, from East Portland, Oreg., to Roseville, Calif.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled*, That the land-grant railroad heretofore operated, and now being operated, between the station formerly known as East Portland, in the State of Oregon,