# Exhibit R

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| COUNTY BOARD OF ARLINGTON COUNTY, VIRGINIA,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL PARK SERVICE, *et al.*,<br><br>Defendants. | ) | Case No. 1:26-cv-3372 (LMB/WEF) |

**DECLARATION OF RICKY D. BURIA**

I, Ricky D. Buria, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am the Chief of Staff to Secretary of War Pete Hegseth. I have held this role since December 2025. In this role, I serve as the principal civilian advisor to Secretary Hegseth, manage his front office staff, and advise on a wide range of policy, personnel, and operational matters. In this current capacity, I have access and insight into the policy-making process and the policy-considerations of the Department of War ("DoW"), including for counter-UAS strategies in the National Capital Region (NCR). Prior to this role, I served as a Military Assistant to Secretary Hegseth. I also recently retired as a Colonel in the United States Marine Corps after serving for over 20 years in active duty. With my extensive background in military operations and executive-level staff work, I support the Secretary in ensuring the readiness, lethality, and effectiveness of the Joint Force.

2. I am aware of the above-captioned litigation involving the Department of the Interior's planned Triumphal Arch, and I submit this declaration in support of the government's opposition to Plaintiffs' complaint and motions for injunctive relief. The purpose of this

declaration is to reinforce Secretary Hegseth's prior declaration in this matter and to make clear that DoW's planning for defensive capabilities usage within and upon the Arch will occur entirely within the existing footprint of the Department of Interior's design. The statements that follow are based on my personal knowledge, as well as information provided to me from across DoW in the course of my official duties.

3. I am familiar with the declaration that Secretary Hegseth submitted on October 28, 2026, in *Lemmon v. Trump*, No. 26-cv-544 (D.D.C.), in which he described the Arch as a generational national defense opportunity. He further stated that "[t]he implementation of the capabilities . . . would not require any structural modifications or alterations to the existing plans for the Arch. The security features will be fully integrated into the existing design."

4. DoW is currently in the planning process to determine how to integrate national defense uses as described by Secretary Hegseth into the Arch without changing the existing plans for the Arch. The Department has not yet made any final decision for such uses.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 13th day of November, 2026.

Ricky D. Buria
Chief of Staff to the Secretary
U.S. Department of War