# Exhibit S

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| COUNTY BOARD OF ARLINGTON COUNTY, VIRGINIA,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL PARK SERVICE, *et al.*,<br><br>Defendants. | ) | Case No. 1:26-cv-3372 (LMB/WEF) |

**<u>DECLARATION OF STEVEN WILLOUGHBY</u>**

I, Steven Willoughby, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I currently serve as Executive Director of the Program Executive Office (PEO), formerly the Program Management Office (PMO), for Unmanned Aircraft Systems (UAS) and Counter Unmanned Aircraft Systems (C-UAS) at the U.S. Department of Homeland Security (DHS) and have served in that position since July 2026. In that position, I have familiarity with the Department's strategies for addressing Unmanned Aircraft Systems (UAS) threats while enabling legitimate UAS integration. I previously served as Deputy Director of the DHS C-UAS PMO from August 2020 to July 2026, focusing on air domain awareness, threat discrimination, mitigation, and information sharing, and earlier as a Program Analyst in the Office of the Secretary, Joint Requirements Council from June 2019 to August 2020. Before joining DHS, I was the Director for Aviation and Surface Transportation at the White House National Security Council (NSC) from September 2022 to September 2023, advising senior government leadership on unmanned systems and related policy.

2. The information contained in this declaration is based on my professional

experience or on information made available to me in furtherance of my duties.

3. I am familiar with the declaration that Secretary of Homeland Security Markwayne Mullin submitted on October 28, 2026, in *Lemmon v. Trump*, No. 26-cv-544 (D.D.C.), in which he explained that the planned Triumphal Arch and Military Complex ("the Arch") would, when properly equipped, provide an opportunity to substantially expand UAS detection.

4. DHS is currently in the planning process to determine how to integrate security uses described by Secretary Mullin into the Arch without changing the existing plans for the Arch. DHS has not yet made any final decision for such uses.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: November 13, 2026 ______________________________