IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| COUNTY BOARD OF ARLINGTON COUNTY, VIRGINIA, | ) | |
| Plaintiff, | ) | 1:26-cv-3372 (LMB/WEF) |
| v. | ) | |
| NATIONAL PARK SERVICE, et al., | ) | |
| Defendants. | ) | |

## ORDER

As explained in open court and in the accompanying Memorandum Opinion, the Court has found that plaintiff, the County Board of Arlington County ("plaintiff"), has established the following:

1. Plaintiff has standing to bring this civil action;
2. Venue is proper in this District;
3. Plaintiff has made a clear showing that it has satisfied the requirements for a preliminary injunction under Winter v. Natural Resources Defense Council, Inc., 555 U.S. 7 (2008), by submitting evidence establishing its likelihood of success on the merits, that it will suffer irreparable injury if an injunction is not granted, and that the balance of harms and public interest weigh in its favor; and
4. That clear showing includes evidence that defendants have violated the Administrative Procedure Act ("APA"), 5 U.S.C. § 701 et seq., by acting in an arbitrary and capricious manner in planning and approving construction of a 250 foot Triumphal Arch for which there has been no Congressional approval and in

violation of several statutes including, but not limited to, the Commemorative Works Act, 40 U.S.C. § 8908(b)(1), and the National Environmental Policy Act (NEPA), 42 U.S.C. § 4332(2)(C);

Accordingly, plaintiff's Motion for Preliminary Injunction, [Dkt. No. 16], is GRANTED, and it is hereby

ORDERED, ADJUDGED, AND DECREED that defendants the National Park Service; U.S. Department of the Interior; Doug Burgum, in his official capacity as Secretary of the Department of the Interior; and Jessica Bowron, in her official capacity as Comptroller exercising the Delegated Authority of the Director of the National Park Service ("defendants") be and are enjoined from initiating, making, or in any respect proceeding or trying to proceed with any site preparation, surveying, testing, land-disturbance, excavation, demolition, placement of machinery or equipment, construction, utility installation, road-closure activity, blocking of bike or pedestrian pathways, or installation of barriers at, on, or near the Memorial Circle that is in any respect related to, or for the purpose of, constructing the Triumphal Arch at issue in this civil action at or on the Memorial Circle; and it is further

ORDERED that the defendants' request for a stay of this Order pending appeal of this decision be and is DENIED.

The Clerk is directed to forward copies of this Order and the accompanying Memorandum Opinion to counsel of record.

Entered this 20th day of November, 2026.

Alexandria, Virginia

/s/ LMB

Leonie M. Brinkema
United States District Judge