**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **COUNTY BOARD OF ARLINGTON COUNTY,**<br><br>*Plaintiff*,<br><br>v.<br><br>**NATIONAL PARK SERVICE**, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-cv-3372 |

**NOTICE OF APPEAL**

Defendants respectfully provide notice that they hereby appeal to the United States Court of Appeals for the Fourth Circuit from this Court's Order of November 20, 2026 (Dkt. No. 31), and supporting Memorandum Opinion (Dkt. No. 30), which granted Plaintiff's motion for a preliminary injunction.

Dated: November 21, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

BENJAMIN HAYES
Deputy Assistant Attorney General

*/s/ Michael S. Sawyer*
MARISSA A. PIROPATO, Deputy Chief
MICHAEL S. SAWYER, Senior Attorney
ALISON VICKS, Trial Attorney
Energy and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: 202-353-5134
Email: michael.sawyer@usdoj.gov
alison.vicks@usdoj.gov

*Counsel for Defendants*